

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
06/09/2010

| | | |
|---|---|---|
| IN RE: § | | CASE NUMBER: |
| § | | |
| CHARLES P. COWIN § | | 10-34132-H4-11 |
| § | | (Chapter 11) |
| § | | |
| Debtor(s) § | | |

### ORDER REGARDING STATUS CONFERENCE HELD ON JUNE 9, 2010

CAME ON to be considered on June 9, 2010, the Court's Order For Status Conference on the disposition of this chapter 11 case. The Court being fully advised of the premises and good cause appearing therefor, it is hereby:

**ORDERED** that the Debtor, on or before **September 16, 2010** shall file with the Court a disclosure statement and a plan of reorganization. The Court for cause shown may in its discretion order said period enlarged only upon motion made before the expiration of said period or as enlarged by a previous order. If the Debtor fails to file a disclosure statement and a plan of reorganization within said period or fails to obtain an order from this Court enlarging said period, this case shall be set for a hearing by the Court *sua sponte* or upon submission of a motion, declaration and order by the United States Trustee or other party-in-interest, at which time the Debtor shall appear and show cause why this case should not be dismissed or converted to a case under chapter 7 pursuant to 11 U.S.C. § 1112. It is further

**ORDERED** that the Debtor shall timely file all operating reports during the pendency of this chapter 11 case. The Debtor shall file operating reports with the Clerk of the Court by the twentieth day of the month following the reporting period and shall serve a true and correct copy of said operating reports on the United States Trustee. The Court for cause shown may in its discretion order said period enlarged only upon motion made before the expiration of said period or as enlarged by a previous order. If the Debtor fails to timely file operating reports within said period or fail to obtain an order from this Court enlarging said period, this case shall be set for a hearing by the Court *sua sponte* or upon submission of a motion, declaration and order by the United States Trustee or other party-in-interest, at which time the Debtor shall appear and show cause why this case should not be dismissed or converted to a case under chapter 7 pursuant to 11 U.S.C. § 1112. It is further

**ORDERED** that the Debtor shall timely pay all postpetition taxes during the pendency of this chapter 11 case. If the Debtor fails to timely pay its postpetition taxes, this case shall be set for a hearing by the Court *sua sponte* or upon submission of a motion, declaration and order by the United States Trustee or other party-in-interest, at which time the Debtor shall appear and show

cause why this case should not be dismissed or converted to a case under chapter 7 pursuant to 11 U.S.C. § 1112.  It is further

**ORDERED** that the Debtor during the pendency of this case shall maintain insurance which is customary in the industry in which the Debtor operates.  If the Debtor fails to maintain insurance which is customary in the industry in which the Debtor operates during the pendency of this case, this case shall be set for a hearing by the Court *sua sponte* or upon submission of a motion, declaration and order by the United States Trustee or other party-in-interest, at which time the Debtor shall appear and show cause why this case should not be dismissed or converted to a case under chapter 7 pursuant to 11 U.S.C. § 1112.  It is further

**ORDERED** that the Debtor shall timely pay quarterly fees assessed pursuant to 28 U.S.C. § 1930(a)(6) during the pendency of this chapter 11 case.  If the Debtor fails to timely pay quarterly fees assessed pursuant to 28 U.S.C. § 1930(a)(6) during the pendency of this chapter 11 case, this case shall be set for a hearing by the Court *sua sponte* or upon submission of a motion, declaration and order by the United States Trustee or other party-in-interest, at which time the Debtor shall appear and show cause why this case should not be dismissed or converted to a case under chapter 7 pursuant to 11 U.S.C. § 1112.

**Signed this** 9th **day of** June, 2010.

Jeff Bohm
United States Bankruptcy Judge