IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| CHARLES PHILIP COWIN | § | CASE NO. 10-34132-H4-11 |
| | § | (Chapter 11) |
| | § | |
| DEBTOR | § | |

NOTICE OF HEARING

PLEASE TAKE NOTICE that the Court has set a hearing on the following:

Docket No. 14- Debtor's Motion to Extend Automatic Stay

The Hearing will take place on **June 15, 2010 at 3:00 pm** before The Honorable Jeff Bohm, Courtroom #600, 515 Rusk, Houston, Texas.

FUQUA & ASSOCIATES, PC

By:    */s/ Richard L. Fuqua*
Richard L. Fuqua
State Bar No. 07552300
2777 Allen Parkway, Suite 480
Houston, Texas 77019
(713) 960-0277
(713) 960-1064 telecopier

COUNSEL FOR DEBTOR

CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the foregoing Notice of Hearing was forwarded by regular United States mail, postage prepaid, to the parties listed on the attached service list on the 10th day of June, 2010.

                */s/ Richard L. Fuqua*
                Richard L. Fuqua