Charles Phillip Cowin
1707 ½ Post Oak Blvd.
PMB 263
Houston, TX 77056

Richard L. Fuqua
Fuqua & Associates, PC
2777 Allen Parkway, Ste. 480
Houston, TX 77019

U.S. Trustee
515 Rusk, Suite 2516
Houston, TX 77002

American Express
P.O. Box 650448
Dallas, TX 75265-0448

Andrews Kurth LLP
PO Box 201785
Houston, TX 77216-1785

Angel Fire Resort Operations LLC
Membership Division
PO Box 130
Angel Fire, NM 87710

Anne Marie Laney Hill, Esq.
McGlinche Stafford
1001 McKinney, Ste. 1500
Houston, TX 77002

Annie Lee
2239 Meadow Briar Dr.
Sugar Land, TX   77478

Arland & Associates LLC
Attorneys
1660 Old Pecos Trail, Suite A
Santa Fe, NM 87505

BAC Home Loans Servicing,LP
Attn: Customer Service
CA6-919-01041
PO Box 5170
Simi Valley, CA 93062-5170

Baker & Hostetler
1000 Loouisiana, Ste 2000
Houston, TX   77002

Bank of America
PO Box 15026
Wilmington, DE 19850-5026

Billy Clark
5638 Briar Drive
Houston, TX 77056

Boxer Finance LLC
720 North Post Oak Road,
Ste. 500
Houston, TX 77024
Attn Richard Carlisle, Assoc.
Counsel

Brien West
880 Kidder St., Suite 202
Wilkes-Barre, PA 18702

 C. Charles Townsend, Esq.
Akerman Senterfitt, LLP
Plaza of the Americas, Ste. S1900
Dallas, TX 75201

Capital One
c/o Larry D. Millard,
SBB/Commercial
Bldg. 2, 1st Floor, #1530
7933 Preston Rd.
Plano, TX 75024

Capital One
3939 West John Carpenter Frwy
Irving, TX  75063

Capital One Bank
PO Box 60599
City of Industry, CA 91716-0599

Celia G. Wise
2221 Sul Ross Street
Houston, TX 77098

Chase Card Services
Cardmember Service
PO Box 15548
Wilmington, DE 19886-5548

Chase Home Finance
P.O. Box 24696
Columbus, OH 43224-4696

Citi Cards
P.O. Box 6062
Sioux Falls, SD 57117

Citi Cards
P.O. Box 6500
Sioux Falls, SD 57117-6500

Citimortgage
Mail Stop 504
1000 Technology Drive
O'Fallen, MO 63368-2240
Attn. Michael Renner

Client Services, Inc.
3451 Harry Truman Blvd.
St. Charles, MO 63301-4047

Colfax County Treasurer
PO Box 98
Raton, NM   87740

Collectcorp Corp
455 North 3rd Street, Suite 260
Phoenix, AZ 85004-3924

Dampkring LLC
10220 Memorial Dr. #145
Houston, TX   77024

Diana E. Stevens, Esq.
MANN & STEVENS, P.C.
550 Westcott Street, Ste. 560
Houston, TX   77007

Discover Card
PO Box 3008
New Albany, OH 43054-3008

Energy Capital Credit Union
18540 Northwest Freeway
Houston, Tx. 77065

First National Bank of New
Mexico
Angel Fire Office
P.O. Box 828
No. 1 First National Place
Angel Fire, NM 87710

G. P. Matherne
PO Box 547
Houston, TX   77383

Gordon H. Rowe III
The Rowe Law Firm, P.C.
1200 Pennsylvania NE, Ste. 2B
Albuquerque, NM 87110

Greg O'Brien
300 St Joseph Pkwy, Unit 316
Houston, TX 77002

Hessel E. Yntema III
PO Box 1748
Albuquerque, NM 87103-1748

Hessel E. Yntema III, Esq.
OMAN & YNTEMA, PA
PO Box 1748
Albuquerque, NM   87103-1748

High Desert State Bank
8110 Ventura NE
Albuquerque, NM 87122

Hughes, Watters & Askanase, LLP
Three Allen Center
333 Clay St., 29th Floor
Houston, TX 77002

Independence Bank
13100 Northwest Freeway, Suite
100
Houston, Tx. 77040

Infinity Capital, LLC
3333 Allen Parkway, Ste 606
Houston, TX   77019

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA   19114

Internal Revenue Service
Special Proc. Bankr Sect 5022HOU
1919 Smith
Houston, TX   77002

J.D. Herberger & Associates
11767 Katy Freeway, Suite 920
Houston, TX 77079

James P. Pennington, Esq.
Law office of James Pennington
815 Walker, Ste 250
Houston, TX   77002

Jean R. Cowin Trust
Robert E & Charles P. Cowin
Trustee
6460 Mariner Sands Drive
Stuart, Florida 34997

Joanne M. Ericksen
Balcom Law Firm, PC
8584 Katy Freeway, Suite 305
Houston, TX 77024

Joe McClaugherty
PO Box 8680
Santa Fe, NM   87504

John D. Herberger
J D HERBERGER & ASSOCIATES, PC
11767 Katy Fwy., Ste 920
Houston, TX   77079

Joseph Rivera
4901 Rio Grande Ln
Los Ranchos, NM 87107

Joshua R. Walker
Looper Reed & McGraw
1300 Post Oak Blvd., Suite 2000
Houston, TX 77056

Kathleen White
300 St Joseph Pkw, Unit 416
Houston, TX 77002

Lee Girard
Girard Interests, Inc
817 N. 3rd St
Bellaire, TX 77401

Leo Vasquez
Tax Assessor-Collector
PO Box 4622
Houston, Tx 77210-4622

Linda Libbey
c/o Libbey Appraisers
PO Box 631
Angel Fire, NM   87710

Los Alamos National Bank
Santa Fe Downtown
301 Griffin Street
Santa Fe, NM 87501

Los Alamos National Bank
Santa Fe Downtown
301 Griffin Street
Santa Fe, NM 87501

Mark W. Shadburn
Eagle Peak Land Surveying, Inc.
PO Box 205
El Prado, NM   87529

Maxwell Group, LLC
PO Box 488
Eagle Nest, NM   87718

McRay Money Management, LLC
3333 Allen Parkway, Ste 606
Houston, TX   77019

Melissa McKinney
Barrett Daffin Frappier
15000 Surveyor Blvd.,
Addison, TX   75001

Michael & Adrieanne Lord
25231 Grogans Mill Rd., Suite 500
The Woodlands, TX 77380-3110

Midtown Edge Owners Assn., Inc.
c/o Horizon Management, Inc.
945 McKinney Street, Suite 111
Houston, TX 77002

Midtown Edge, L.P.
4544 Post Oak Place, Suite 392
Houston, TX 77027

Midtown Edge, L.P.
c/o Dan Krocker, CPA
Attorney at Law
710 North Post Oak Rd, Ste. 400
Houston, TX 77024

Midtown Management District
PO Box 73109
Houston, TX   77273

Mike Liddle
PO Box 13
Angel Fire, NM   87710

MRS Associates
1930 Olney Ave
Cherry Hill, NJ 08003

MRS Associates, Inc.
1930 Olney Ave.
Cherry Hill, NJ 08003

Nancy Groves
PO Box 790969
Houston, TX 77274

NCO Financial Systems, Inc.
507 Prudential Road
Horsham, PA 19044

Old Republic Home Protection
Special Accounts
PO Box 5017
San Ramon, CA 94583-0917

Palladian Group, inc.
2400 Miles Road Souothwest
Albuquerque, NM   87106

Parker & Vaughan, P.C.
5599 San Felipe, Suite 1450
Houston, TX 77056

Porter & Hedges, LLP
PO Box 841184
Dallas, TX 75284-1184

Public Improvement District
Sheehan, Sheehan & Stelzner
40 First Plaza, NW, Suite 740
Albuquerque, NM  87102

R. Daniel Castille/Debra L.
McKinney
PO Box 60
Los Alamos, NM 87544

R. J. Braught
360 Shirk Lane SW
Albuquerque, NM   87105

Randall W. Vines
300 St Joseph Pkwy.
Houston, Tx. 77002

Regency Credit, LLC
1403 W. 10th Place, Suite B-110
Tempe, AZ 85281

RETC, LP
5300 Hollister St
Houston, TX 77040

Richard F. Carlisle, Esq.
720 North Post Oak Rd., Ste 500
Houston, TX   77024

Robert F. Maris, Esq.
Michael J. McKleroy, Jr.
1310 Premier Place
5910 N. Central Expressway
Dallas, TX   75206

Robert Morrow
PO Box 294
Angel Fire, NM   87710

Robert O. Beck
Beck & Cooper
PO Box 572
Clayton, NM 88415

Robert Sherwin
PO Box 2211
Sante Fe, NM   87504

Roger Bates
PO Box 667185
Houston, Tx. 77266

Ross, Banks, May, Cron & Cavin,
PC
Attorneys at Law
2 Riverway, Suite 700
Houston, TX 77056-1918

Royalton at River Oaks
5295 Hollister St.
Houston, TX  77040-6205

Sarah Smith
2111 Welch St. B322
Houston, TX 77019

Steven A. Leyh
Leyh & Payne, L.L.P.
9545 Katy Freeway, Ste. 200
Houston, TX 77024

Susan Shen
2615 Parkbriar Lane
Pearland, TX   77584

Taos County Treasurer
105 Albright St - Suite G
Taos, NM 87571

Terre Development
PO Box 294
Angel Fire, NM 87710

Texas Community Bank
16610 Interstate 45
The Woodlands, TX 77384

The Renaissance @ River Oaks
Condos
AMI-Houston
5295 Hollister St.
Houston, TX 77040-6205

Tuan M. Pham
Kevin T. Cloves
Veritas Legal Group, PC
10333 Harwin Dr., Ste 155
Houston, TX   77036

Ute Meadows, LLC
PO Box 8680
Santa Fe, NM   837504-8680

PARTIES REQUESTING
NOTICE:

Texas Community Bank
c/o Trent L. Rosenthal
Beirne Maynard & Parsons, LLP
1300 Post Oak Blvd., Ste. 2500
Houston, TX 77056

Los Alamos National Bank
c/o Heather Boone, Gen. Counsel
1200 Trinity Drive
Los Alamos, NM 87544

Stephen Douglas Statham
Office of the U.S. Trustee
515 Rusk, Suite 3516
Houston, TX 77002

John P. Dillman
Linebarger Goggan Blair Sampson
PO Box 3064
Houston, TX 77253-3064

Jim D. Hamilton
Ross Banks May Cron & Cavin,
PC
2 Riverway, Suite 700
Houston, TX 77056

Boxer Finance, LLC
c/o Richard F. Carlisle
720 North Post Oak Road #500
Houston, TX 77024