UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
06/16/2010

| | | |
|---|---|---|
| IN RE: | § § | |
| CHARLES PHILIP COWIN | § § | CASE NO. 10-34132-H4-11 |
| DEBTOR | § § | CHAPTER 11 |

### ORDER GRANTING DEBTOR'S MOTION TO EXTEND AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(c)(3)(b)

Came on for hearing the Debtor's Motion to Extend Automatic Stay Pursuant to 11 U.S.C. § 362(c)(3)(b) (the "Motion"). It appears to this Court that the Motion should be granted. It is therefore

ORDERED, that the Debtor's Motion to Extend Automatic Stay Pursuant to 11 U.S.C. § 362(c)(3)(b) is granted. *

SIGNED:

6-15-2010

UNITED STATES BANKRUPTCY JUDGE

* This Order shall have no effect nor shall this Order affect this Court's prior Order at docket #16 permitting Texas Community Bank to proceed to foreclose Riews as described in said Order. Further, Boxer Finance, LLC has withdrawn it's objection to the relief granted herein in open court.

Richard Fuqua, Richard Carlisle, Sean Milligan