UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE:                                          CASE NO:

**CHARLES PHILIP COWIN**            10-34132

**DEBTOR**                               Chapter 11

---

### NOTICE OF HEARING

Please take notice that a hearing has been set for **June 30, 2010** at 9:30 a.m., courtroom 600, 6th floor, Bob Casey Courthouse, 515 Rusk, Houston, Texas, before the Honorable Jeff Bohm to consider the following:

**#17 - Debtor's Ex Parte Application for Authority to Appoint And Retain Counsel Pursuant to 11 U.S.C. Section 327**

Date: June 16, 2010                      **Jeff Bohm**
                                                 **United States Bankruptcy Judge**

                                                 Robin Stennis  |  Case Manager
                                                 U S Bankruptcy Court
                                                 Bob Casey Courthouse
                                                 515 Rusk Street
                                                 Houston, Texas 77002
                                                 cmA679@txs.uscourts.gov