**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**JUDY A. ROBBINS**
**UNITED STATES TRUSTEE**
**STEPHEN D. STATHAM**
**TRIAL ATTORNEY**
**515 Rusk, Suite 3516**
**Houston, TX 77002**
**Telephone:  (713) 718-4650 Ext. 252**
**Fax:  (713) 718-4680**
**E-Mail: stephen.statham@usdoj.gov**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CASE NO. |
| | § | |
| CHARLES PHILLIP COWIN | § | 10-34132-H4-11 |
| | § | (Chapter 11) |
| DEBTOR | § | |

### NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held on **June 23, 2011 @ 11:00 AM** before the Honorable Jeff Bohm, U. S. Bankruptcy Court, 515 Rusk, Courtroom 600, Sixth Floor, Houston, TX 77002, to consider the following:

**Motion of the Untied States Trustee to Dismiss or Convert Case (#152)**

Dated: May 24, 2011                                Respectfully submitted,

                                                   JUDY A. ROBBINS
                                                   UNITED STATES TRUSTEE

                                                   By: /s/ Stephen D. Statham
                                                   Stephen D. Statham, Attorney
                                                   Texas Bar No. 19082500
                                                   515 Rusk, Suite 3516
                                                   Houston, TX 77002
                                                   713/718-4650, Fax 713/718-4680

CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing NOTICE OF HEARING was served upon the parties listed below by the manner indicated on the <u>24th</u> day of May, 2011.

                            /s/ Stephen D. Statham
                            Stephen D. Statham, Attorney

**DEBTOR**
**Charles Phillip Cowin**
1707 ½ Post Oak Blvd., PMB 263
Houston, TX 77056

**DEBTOR'S COUNSEL**
**Richard L. Fuqua, II**
fuqua@fuquakeim.com
representing **Charles Phillip Cowin**

**PARTIES REQUESTING NOTICE**
**Dominique Varner**
Hughes, Watters & Askanase
333 Clay, 29th Floor
Houston, TX  77002
representing **Energy Capital Credit Union**

**Anne Marie Laney Hill**
McGlinchey Stafford, PLLC
1001 McKinney, Suite 1500
Houston, TX  77002
representing **Citibank, NA Trustee for BSALTA 2006-07S/A and EMC Mortgage Corp**

**John P. Dillman**
houston_bankruptcy@publicans.com
representing **Harris County**

**S. Blair Korschun**
ecfnotices@ascensioncapitalgroup.com
representing **JP Morgan Chase Bank**

**Trent L. Rosenthal**
trosenthal@bmpllp.com
representing **Texas Community Bank, NA**

**Heather Boone**
heatherb@lanb.com
representing **Los Alamos National Bank**

**Jim D. Hamilton**
jdhamilton@rossbanks.com
representing **Independence Bank, NA**

**Richard F. Carlisle**
RichardC@Boxerproperty.com
representing **Boxer Finance, LLC**

**W. Steven Bryant**
hobankecf@lockelord.com
representing **BAC Home Loans Servicing, LP**

**Sarah Vultaggio**
Sarah@searsfirm.com
representing **The Renaissance At River Oaks Unit Owners' Association**

**Marcus A. Helt**
**Michael S. Haynes**
mhelt@gardere.com
mhaynes@gardere.com
representing **First American State Bank of Artesia, Mexico**