Marcus A. Helt (TX 24052187)
**GARDERE WYNNE SEWELL LLP**
3000 Thanksgiving Tower
1601 Elm Street
Dallas, Texas 75201-4761
Telephone:  (214) 999-3000
Facsimile:  (214) 999-4667
mhelt@gardere.com

**COUNSEL FOR FIRST AMERICAN BANK**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § § | |
| CHARLES PHILIP COWIN | § § | Case No. 10-34132 |
| DEBTOR | § | Chapter 11 |

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the *First American Bank's Motion For Relief From the Automatic Stay As to Certain Real Property Pursuant to 11 U.S.C. § 362(d)(1) or, Alternatively, Pursuant to 11 U.S.C. § 362(d)(2)* [Docket No. 103] and *First American Bank's Motion to Determine the Automatic Stay has Terminated as to the Angel Fire Note and the Angel Fire Collateral* [Docket No. 179] (the "**Motions**") are scheduled for hearing on **August 24, 2011, at 10:00 a.m. (CDT)** before the Honorable Jeff Bohm, United States Bankruptcy Judge for the Southern District of Texas, at 515 Rusk Street, Courtroom 600, 6th Floor, Houston, Texas  77002.

**PLEASE TAKE NOTICE** that copies of the above-noted pleading and any responses thereto may be obtained from this Court's website, http://www.txsb.uscourts.gov, via ECF/PACER, and upon request to the undersigned.

DATED: July 25, 2011

        Respectfully submitted,

**GARDERE WYNNE SEWELL, LLP**

*/s/ Marcus A. Helt*
Marcus A. Helt (TX 24052187)
**GARDERE WYNNE SEWELL LLP**
3000 Thanksgiving Tower
1601 Elm Street
Dallas, Texas 75201-4761
Telephone: (214) 999-3000
Facsimile: (214) 999-4667
mhelt@gardere.com

**COUNSEL FOR FIRST AMERICAN BANK**

## CERTIFICATE OF SERVICE

    I hereby certify that on July 25, 2011 a true and correct copy of the foregoing Notice was served by electronic transmission via the CM/ECF system upon all parties registered to receive electronic notice in this bankruptcy case.

        */s/ Marcus A. Helt*
        Marcus A. Helt