

ENTERED
08/23/2011

HEATHER TRAVIS BOONE
Texas Bar No. 24028077
Southern District Bar No. 28615
Los Alamos National Bank
1200 Trinity Dr.
Los Alamos, NM 87544
(505) 662-1026 Telephone
(505) 662-1092 Facsimile

ATTORNEY FOR CLAIMANT

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE:                                                    No. 010-34132

**CHARLES P. COWIN**                                      Chapter 11

**ORDER PERMITTING HEATHER TRAVIS BOONE TO APPEAR
TELEPHONICALLY FOR THE HEARING ON AUGUST 24, 2011**             #182

**THIS MATTER** having come before the Court on Los Alamos National Bank's

Motion and good cause being shown,

**IT IS, THEREFORE, ORDERED** that Heather Travis Boone may appear

telephonically for the hearing scheduled for August 24, 2011 at 10:00 a.m.

SIGNED this 23rd day of August, 2011.

_____
Honorable Jeff Bohm
United States Bankruptcy Judge

Respectfully submitted,
/s/ Heather Travis Boone
HEATHER TRAVIS BOONE
Texas State Bar No. 24028077
Southern District Bar No. 28615
Attorney in Charge
1200 Trinity Dr.
Los Alamos, NM 87544
(505) 662-1026
heatherb@lanb.com
**ATTORNEY FOR
LOS ALAMOS NATIONAL BANK**

**Copies to:**

**Richard L. Fuqua, II**
Fuqua & Keim
2777 Allen Parkway, Ste 480
Houston, TX 77019
fuqua@fuquakeim.com
**DEBTOR'S ATTORNEY**

**Stephen Douglas Statham**
Office of US Trustee
515 Rusk, Ste 3516
Houston, TX 77002
stephen.statham@usdoj.gov
**LEAD ATTORNEY**
**ATTORNEY TO BE NOTICED**

**BAC Homes Loans Servicing LP**
c/o William Steven Bryant
600 Travis Street, Suite 2800
Houston, TX 77002
hobankecf@locklord.com

**Boxer Finance, LLC**
c/o Richard Fredrick Carlisle
720 N Post Oak Rd., Suite 500
Houston, TX 77024
Richard.carlisle@boxerproperty.com

**Citibank, N.A. as Trustee for Bsalta 2006-0**
c/o Anne Marie Laney Hill
1001 McKinney Street, Suite 1500
Houston, TX 77002
amhill@mclinchey.com

**Kevin Colbert**
Attorney at Law
7500 San Felipe, Suite 700
Houston, TX 77063

**EMC Mortgage Corporation**
c/o Anne Marie Laney Hill
1001 McKinney Street, Suite 1500
Houston, TX 77002
amhill@mclinchey.com

**Energy Capital Credit Union**
c/o Dominique Marshall Varner
333 Clay, 29th FloorHouston, TX 77002-7354
dvarner@hwallp.com

**First American State Bank of Artesia, New Mexico**
c/o Marcus Alan Helt
1601 Elm Street, Suite 3000
Dallas, TX 75201
mhelt@gardere.com

**Harris County et al**
c/o John P. Dillman
1301 Travis Street, Suite 300
Houston, TX 77002
houston_bankruptcy@publicans.com

**Independence Bank, N.A.**
c/o Jim D. Hamilton
2 Riverway, Suite 700
Houston, TX 77056-1918
jdhamilton@rossbanks.com

**JP Morgan Chase Bank Department**
Post Office Box 201347
Arlington, TX 76006

**Texas Community Bank**
c/o Trent L. Rosenthal
1300 Post Oak Blvd., 25th Floor
Houston, TX 77056
trosenthal@bmpllp.com

**The Renaissance at River Oaks Unit Owners' Association**
c/o Sarah Beth Vultaggio
9700 Richmond Avenue, Suite 222
Houston, TX 77042
sarah@searsfirm.com

**Nick Tran**
c/o Kevin Thomas Cloves
10333 Harwin Drive, Suite 155
Houston, TX 77036
kcloves@veritaslegalgroup.com